# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5317**                                       **September Term, 2007**

06cv01479

Filed On: September 17, 2007

[1067281]
Gbeke Michael Awala,
        Appellant

v.

United States District Court of Delaware, Wilmington, et al.,
        Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 1/29/08
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

## ORDER

    By order filed July 26, 2007, directing appellant to pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, by August 27, 2007. The order was sent to appellant by warden letter. To date, appellant has not complied with the court's July 26, 2007 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk